DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO CEJA-DEL TORRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERTO CEJA-DEL TORRO, <br><br> *Defendant.* | NO. 1:09-cr-00326 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: January 4, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for December 14, 2009, **may be continued to January 4, 2010, at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and further plea negotiation prior to hearing. The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        BENJAMIN B. WAGNER  
        United States Attorney

DATED: December 9, 2009        /s/  Ian Garriques  
        IAN GARRIQUES  
        Assistant United States Attorney  
        Attorney for Plaintiff

        DANIEL J. BRODERICK  
        Federal Defender

DATED: December 9, 2009        /s/   Melody M. Walcott  
        MELODY M. WALCOTT  
        Assistant Federal Defender  
        Attorney for Defendant  
        Roberto Ceja-Del Torro

IT IS SO ORDERED.

**Dated:   December 10, 2009**        **/s/ Oliver W. Wanger**  
        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference  
Hearing; Order        -2-