1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   ROBERTO CEJA-DEL TORRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00326 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | Date:  February 1, 2010 |
| ROBERTO CEJA-DEL TORRO, | Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for January 25, 2010, **may be continued to February 1, 2010, at 9:00 a.m.**

This continuance is requested because defense counsel is currently engaged in trial in the matter of *U.S. v. Freyling, Et al.,* 1:08-cr-00384 OWW, which commenced January 12, 2010, and anticipates trial will continue through the end of January, 2010, and she will not be available for hearing on the date now set.  Further, counsel needs additional time to meet with the defendant in this instant matter to discuss the matter and to conduct further investigation and plea negotiation prior to hearing.  Assistant United States Attorney Ian Garriques does not object to this request.  The requested continuance will conserve time and resources for all parties and the court

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 19, 2010            /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 19, 2010            /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
Roberto Ceja-Del Torro

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   January 21, 2010**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE